UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIRE LLC and SHIRE U.S., INC., <br><br>            Petitioner, <br><br>v. <br><br>MEIJER, INC and MEIJER DISTRIBUTIONS, INC., <br><br>            Respondent. | Case No. 23-mc-453 <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: 11/27/23 |

**ORDER GRANTING PETITIONERS' MOTION TO SEAL**

Upon consideration of Petitioners Shire LLC and Shire U.S. Inc.'s (collectively, "Shire") Motion to Seal Unredacted Petition to Confirm Arbitration Award and Exhibits Submitted Therewith,

IT IS ORDERED that

1. Shire's Motion to Seal is GRANTED;

2. The unredacted version of Shire's Petition to Confirm Arbitration Award and the Exhibits submitted therewith are hereby SEALED; and

3. The Clerk shall file the unredacted version of Shire's Petition to Confirm Arbitration Award and the Exhibits submitted therewith under seal, and the same shall remain sealed unless and until this Court orders otherwise.

**IT IS SO ORDERED.**

Dated: 11/27/2023

_____
Victor Marrero
United States District Judge, Part I